THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Patrick Walker, Tim Craig, Rodney Murray, Helen and Earnest King, Edward 
 and Vickie Walker, Defendants,
of whom Patrick Walker is Appellant.
/In the Interest of:/Javario Ronitrawn Walker, 7 years old/Brittany 
 Helena Nicole King, 10 years old/Rodrekus Harva King (deceased), 13 years old/Children 
 under the age of 18/F
 
 
 

Appeal From Greenville County
 R. Kinard Johnson, Jr., Family Court 
 Judge

Unpublished Opinion No. 2005-UP-033   
Submitted January 1, 2005  January 
 13, 2005 

AFFIRMED

 
 
 
Linda B. McKenzie, of Greenville, for Appellant.
Rebecca Rush Wray, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Patrick Walker appeals the termination 
 of his parental rights to his minor child, Javario Ronitrawn Walker.  The family 
 court found there was clear and convincing evidence of abuse of another child 
 in the home, that there was additionally clear and convincing evidence of a 
 history of abuse of that other child, that the other childs death established 
 a substantial risk of harm to the remaining children, and due to the repeated 
 and severe abuse, the home could not be made safe within twelve months.  S.C. 
 Code Ann § 20-7-1572(1) (Supp. 2003).  The family court also found the best 
 interests of Javario were served by terminating Walkers parental rights.
Pursuant to Ex parte Cauthen, 291 S.C. 465, 
 354 S.E.2d 381 (1987), Walkers counsel attached to the record of the family 
 court proceedings an affidavit stating she reviewed the transcript and was unable 
 to determine any meritorious issues.  Neither DSS nor Walker filed a response 
 to counsels affidavit.
Upon reviewing the record and the family courts 
 determination in its entirety, we find no meritorious issues warranting briefing.  
 Accordingly, the family courts decision is 
AFFIRMED.  1
HUFF, KITTREDGE, and BEATTY, JJ., concur.

 
 1 We decide this case without oral argument pursuant 
 to Rule 215, SCACR.